No. 92–8808. IN RE REARDON. Petition for writ of habeas corpus denied.

No. 92–8322. IN RE HERRERA ET AL.; and
No. 92–8324. IN RE BOSTIC. Petitions for writs of mandamus denied.

No. 92–780. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. *v.* SCHEIDLER ET AL. C. A. 7th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 92–1500. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. *v.* BOHLEN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–1546. UNITED STATES *v.* IRVINE ET AL. C. A. 8th Cir. Motions of John Ordway, Jr., et al. and American Bankers Association for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 92–1550. ABF FREIGHT SYSTEM, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 92–482. CHASE MANHATTAN BANK, N. A. *v.* AMERICAN LAND TITLE ASSN. ET AL.; and
No. 92–645. LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. *v.* AMERICAN LAND TITLE ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–995. CSX TRANSPORTATION, INC. *v.* MAHONY, AS FATHER AND PERSONAL REPRESENTATIVE OF MAHONY; and
No. 92–1048. MAHONY, AS FATHER AND PERSONAL REPRESENTATIVE OF MAHONY *v.* CSX TRANSPORTATION, INC. C. A. 11th Cir. Certiorari denied.